AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| RAUL ERNESTO CAMACHO, on behalf of himself, and others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>OLYMPIC MAINTENANCE, INC., and EDWARD LLANOS, individually,<br><br>*Defendant(s)* | Civil Action No.  25 cv 4021   CLP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  OLYMPIC MAINTENANCE, INC.
30-05 38th Avenue
Long Island City, New York 11101

EDWARD LLANOS
30-05 38th Avenue
Long Island City, New York 11101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Cilenti & Cooper, PLLC
60 East 42nd Street - 40th Floor
New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna Mahoney
*CLERK OF COURT*

Date: 7/21/2025

s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*